[No. 22916-5-III.   Division Three.   August 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS J. O'NEEL, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00438-1, Robert L. Zagelow, J., entered April 12, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Kurtz, J.

[No. 23173-9-III.   Division Three.   August 25, 2005.]

FREDERICK W. ALBERTSON ET AL., *Respondents*, v. UNITED PARCEL SERVICE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-02295-5, Robert D. Austin, J., entered June 4, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 23176-3-III.   Division Three.   August 25, 2005.]

COREY WINSTON, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-0761-1, Salvatore F. Cozza, J., entered June 8, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Brown, J. Now published at 130 Wn. App. 61.

[No. 23178-0-III.   Division Three.   August 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHANIE J. DAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-8-00253-4, Evan E. Sperline, J., entered June 2, 2004. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.